# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| KALEB GAGE WEBB, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:20-cv-00121-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 7, 2021 Memorandum and Order.

April 7, 2021

Frank G. Johns, Clerk
United States District Court

,